**Anthony M. RUFO and TR Getz, LP**

v.

**BOARD OF LICENSE AND IN-**
**SPECTION REVIEW and**
**City of Philadelphia**

Petition of: the City of Philadelphia

No. 126 EAL 2017

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioner, are:

a. Did the Commonwealth Court rewrite decades of caselaw in expressly placing the burden on the municipality to produce evidence of the rational basis for a land use Ordinance, rather than placing the burden of proof where it belongs, on the party challenging the Ordinance?

b. Did the Commonwealth Court, in invalidating an anti-blight, property maintenance Ordinance on the ground that aesthetics cannot form the basis for land use legislation, improperly undermine the ability of municipal government to combat urban

blight and improperly substitute its own views for those of the legislature as to the efficacy of municipal legislation?